UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN ARAMBULA, <br><br> *Plaintiff,* <br><br> v. <br><br> SMART CHOICE DAYCARE CENTER, Inc., et al., <br><br> *Defendant.* | No. 1:18-cv-05514 <br><br><br> Judge Charles R. Norgle <br> Magistrate Judge Jeffrey Cole |

## JUDGMENT ORDER

This action coming before the Court for prove-up and entry of judgment, Plaintiff's Motion for Default Judgment as to All Defendants having been granted by this Court on January 9, 2020, IT IS HEREBY ORDERED THAT:

1. Final judgment is hereby entered in favor of Plaintiff Juan Arambula, and against Defendants, SMART CHOICE DAYCARE CENTER INC., WESLEY JULIUS, and DANIEKI TREMBLE ("Defendants") in the amount of $36,753 (the "Judgment Amount") on Plaintiffs' claims for unpaid wages and liquidated damages under the Illinois Minimum Wage Law (IMWL), 820 ILCS 105; Illinois Wage Payment and Collection Act (IWPCA), 820 ILCS 115/; Chicago Minimum Wage Ordinance, Municipal Code of Chicago Chapter 1-24; and Breach of Contract.

2. The Judgment Amount was calculated as follows:

    a. **Unpaid wages and damages totaling $24,318**

        i. $8,106 in unpaid wages (difference between minimum wage and wage paid)

      ii. $16,212 under the Chicago Minimum Wage Ordinance

  b. **Attorney's fees** totaling $12,435.00, consisting of $12,435.00 in attorneys' fees and incurred by Plaintiffs to Beyond Legal Aid.

3. The Judgment Amount shall accrue post-judgment interest at a rate of nine percent (9%) per annum in accordance with 735 Ill. Comp. Stat. 5/2-1303.

4. Final judgment is hereby entered in favor of Plaintiff and against Defendants on Plaintiff's Complaint.

Entered: _____
Hon. Charles Norgle

Dated this 7 day of Aug., 2020